# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Lucille M. Aamodt, et al.**　　　　　　　　:<br>　　　　　　　　　　　　　　　　　　　　　　　:<br>　　　　　**Plaintiffs,**　　　　　　　　　　　　:<br>　　　　　　　　　　　　　　　　　　　　　　　:<br>　　　　　v.　　　　　　　　　　　　　　　　　:　　Civ. A. No. 03-3925<br>　　　　　　　　　　　　　　　　　　　　　　　:<br>**Unisys Corporation,**　　　　　　　　　　　　:<br>　　　　　　　　　　　　　　　　　　　　　　　:<br>　　　　　**Defendant**　　　　　　　　　　　　:<br>　　　　　　　　　　　　　　　　　　　　　　　: | |

**DEFENDANT UNISYS CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Unisys Corporation by and through its attorneys, files this Motion for Summary Judgment requesting that this Court enter summary judgment and dismiss with prejudice the breach of fiduciary duty claims of Plaintiffs Marguerite Mahoney, Wallace George, Robert Barnes, Madeline King, Bernard Zaber, Leonard Sichel, Floyd Ross, Leonard Portzline, George Albright, Robert Larsen and Stanley Zebrowski.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph J. Costello
　　　　　　　　　　　　　　　　　　　　　　JOSEPH J. COSTELLO (No. 44327)
　　　　　　　　　　　　　　　　　　　　　　PAUL C. EVANS (No. 84535)
　　　　　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　　　　　1701 Market Street
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19103

　　　　　　　　　　　　　　　　　　　　　　JOSEPH A. TEKLITS (No. 51831)
　　　　　　　　　　　　　　　　　　　　　　Unisys Corporation
　　　　　　　　　　　　　　　　　　　　　　Unisys Way
　　　　　　　　　　　　　　　　　　　　　　MS E8-114
　　　　　　　　　　　　　　　　　　　　　　Blue Bell, Pennsylvania 19424
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Unisys Corporation