# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Lucille M. Aamodt, et al.** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civ. A. No. 03-3925 |
| : | |
| **Unisys Corporation,** : | |
| : | |
| **Defendant** : | |
| : | |

## [PROPOSED] ORDER

The Court, having considered Defendant's Motion for Summary Judgment, and Plaintiffs' response thereto, finds that Defendant's Motion for Summary Judgment is GRANTED. Judgment is hereby entered in favor of Defendant and against Plaintiffs Marguerite Mahoney, Wallace George, Robert Barnes, Madeline King, Bernard Zaber, Leonard Sichel, Floyd Ross, Leonard Portzline, George Albright, Robert Larsen and Stanley Zebrowski and each and every claim asserted by those Plaintiffs in the complaint is DISMISSED with prejudice.

**BY THE COURT:**

_____
J.