## <u>CERTIFICATE OF SERVICE</u>

I, Paul C. Evans, hereby certify that a true and correct copy of the foregoing Motion for

Summary Judgment, Separate Statement of Undisputed Facts and Exhibits in support thereof

were served this 28th day of May, 2010, electronically and, by agreement of the parties, by

electronic mail upon the following:

Alan Sandals, Esquire
Scott Lempert, Esquire
Sandals & Associates
One South Broad Street
Suite 1850
Philadelphia, PA  19107
asandals@sandalslaw.com
slempert@sandalslaw.com


Joe Golden, Esquire
Sommers, Schwartz, Silver & Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075
jgolden@sommerspc.com


Clayton H. Thomas, Jr., Esquire
Two Penn Center Plaza
1500 John F. Kennedy Boulevard
Suite 1100
Philadelphia, PA 19102-1730
claytonhthomasjr@aol.com

Charles Gottlieb, Esquire
Gottlieb and Goren, P.C.
30150 Telegraph - Suite 249
Bingham Farms, MI 48025
cgottlieb@g2law.net


/s/ Paul C. Evans
Paul C. Evans